# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Alberto Ortega
6301 N Rockwell, Apt G
Chicago, IL 60659
SSN: xxx−xx−5396 EIN: N.A.

Case No. : 19−30973
Chapter : 7
Judge : Jacqueline P. Cox

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Richard M. Fogel
Fox Rothschild LLP
321 N Clark Street
Suite 1600
Chicago, IL 60654

312−276−1334

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **October 31, 2019** .

1. **March 30, 2020** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **April 28, 2020** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 27, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Alberto Ortega  
     Debtor

Case No. 19-30973-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: kcollopyn         Page 1 of 1         Date Rcvd: Dec 27, 2019  
                       Form ID: ntcftfc7       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
```
db              +Alberto Ortega,    6301 N Rockwell, Apt G,    Chicago, IL 60659-1879
28342658        +Alliance One,    PO Box 660170,    Dallas, TX 75266-0170
28342660        +Best Buy,    Attn: Bankruptcy Department,    P.O. Box 9312,    Minneapolis, MN 55440-9312
28342661       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Best Buy,    PO Box 78009,    Phoenix, AZ 85062)
28342664         Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
28342667        +Jesus A. Ortega,    6301 N Rockwell, Apt G,    Chicago, IL 60659-1879
28342668        +Northshore University Health system,    2650 ridge ave,    Evanston, IL 60201-1700
28342669        +Pnc Bank,    Attn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
28342670        +Power Up,    PO Box 659820,    San Antonio, TX 78265-9120
28342671        +Presence Saint Joseph Hospital,    32816 Collection Center Dr,    Chicago, IL 60693-0001
28342672        +Presence St Joseph Hosp,    2900 N Lake Shore Dr,    Chicago, IL 60657-6274
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRMFOGEL.COM Dec 28 2019 05:13:00      Richard M. Fogel,    Fox Rothschild LLP,
                  321 N Clark Street,    Suite 1600,    Chicago, IL 60654-4614
28342659        +EDI: PHINAMERI.COM Dec 28 2019 05:13:00      Amercred,    400 West Lake Street,
                  Roselle, IL 60172-3574
28342662        +EDI: CAPITALONE.COM Dec 28 2019 05:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
28342663        +EDI: CHASE.COM Dec 28 2019 05:13:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
28342665        +EDI: WFNNB.COM Dec 28 2019 05:13:00      Comenity Capital/Gamestop,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
28342666        +E-mail/Text: BKRMailOPS@weltman.com Dec 28 2019 00:24:08      JB Robinson/Sterling Jewelers,
                  Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
28342673        +E-mail/Text: clientservices@receivemorermp.com Dec 28 2019 00:24:48
                  Receivables Management Partners,    2250 E Devon Ave, Ste 245,    Des Plaines, IL 60018-4518
28342674        +EDI: WTRRNBANK.COM Dec 28 2019 05:13:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                  Minneapolis, MN 55440-9475
28342675        +EDI: COMCASTCBLCENT Dec 28 2019 05:13:00      Xfinity,    Comcast,    PO Box 70219,
                  Philadelphia, PA 19176-0219
                                                                                                TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
```
              David H Cutler    on behalf of Debtor 1 Alberto  Ortega cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@foxrothschild.com, il72@ecfcbis.com
                                                                                             TOTAL: 3
```